NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DIGITAL ALLY, INC., a Nevada corporation,**
*Plaintiff-Appellant*

v.

**UTILITY ASSOCIATES, INC., a Delaware corporation,**
*Defendant-Appellee*

---

2014-1420

---

Appeal from the United States District Court for the District of Kansas in No. 2:13-cv-02550-SAC-KGS, Senior Judge Sam A. Crow.

---

**JUDGMENT**

---

ADAM PRESCOTT SEITZ, Erise IP, P.A., Overland Park, KS, argued for plaintiff-appellant.

DAVID S. MORELAND, Meunier Carlin & Curfman LLC, Atlanta, GA, argued for defendant-appellee. Also represented by NATHAN SLOAN, STEPHEN M. SCHAETZEL.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (REYNA, MAYER, and CHEN, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

 February 10, 2015     /s/  Daniel  E.  O'Toole
        Date           Daniel E. O'Toole
                       Clerk of Court